**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Chestnut Ridge Associates LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  46 - 3129582

4. **Debtor's address**

   **Principal place of business**
   10800 Gosling #130564
   Number     Street

   Spring, TX 77393
   City     State     ZIP Code

   Montgomery
   County

   **Mailing address, if different from principal place of business**
   _____
   Number     Street

   P.O. Box
   _____
   City     State     ZIP Code

   **Location of principal assets, if different from principal place of business**
   The Shoppes at Kingsgate
   Number     Street
   1113-1387 Kingwood Dr.
   Humble, Texas 77339
   City     State     ZIP Code

5. **Debtor's website** (URL)  _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor  **Chestnut Ridge Associates LLC**   Case number *(if known)*_____
         Name

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   
   5 3 1 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor  **Chestnut Ridge Associates LLC**                                   Case number (*if known*)_____
             Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY
        District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                         MM / DD / YYYY
        Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number    Street
                           _____
                           _____    _____  _____
                           City                                State  ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name      _____
       Phone             _____

---

| **Statistical and administrative information** |

Debtor **Chestnut Ridge Associates LLC**  
Name

Case number (if known) _____

### 13. Debtor's estimation of available funds

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/4/23
            MM  / DD / YYYY

X _____  Andrew Schreer
Signature of authorized representative of debtor      Printed name

Title  Managing Member

| Debtor | Chestnut Ridge Associates LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**

✗ /s/ Jeff P Prostok
Signature of attorney for debtor

Date  02/05/2023
      MM / DD / YYYY

Jeff P. Prostok
Printed name

Forshey & Prostok, LLP
Firm name

777 Main Street, Suite 1550
Number    Street

Fort Worth                               TX       76102
City                                     State    ZIP Code

817-777-8855                             jprostok@forsheyprostok.com
Contact phone                            Email address

16352500                                 Texas
Bar number                               State

## RESOLUTIONS OF CHESTNUT RIDGE ASSOCIATES LLC

The undersigned, as all of the Managers ("Managers") of Chestnut Ridge Associates LLC, a Texas limited liability company, (the "Company"), hereby adopt the following Resolutions by written consent and waive all notices required for the holding of meetings of the Company for the purpose of considering same, and hereby evidence consent to the actions set forth below:

WHEREAS, the Managers have determined that it is in the best interest of the Company to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code;

**THEREFORE, IT IS**

RESOLVED, the Company shall be, and it hereby is, authorized, directed and empowered to file a voluntary petition for bankruptcy pursuant to the provisions of chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing or any of the matters set forth below;

RESOLVED, that pursuant to the authority granted to the Managers in Section 6.1 of the Second Amended and Restated Operating Agreement of Chestnut Ridge Associates LLC, Andrew Schreer, as Managing Member and Manager, is hereby authorized, empowered and directed to sign and execute, on behalf of the Company, the voluntary petition for bankruptcy (the "Bankruptcy Case") and any and all other documents necessary or appropriate in connection with the Bankruptcy Case in such form or forms as the Managers may approve;

RESOLVED, that the Company shall be, and is hereby authorized, directed and empowered to retain the law firm of FORSHEY & PROSTOK, LLP to represent the Company, as debtor and debtor in possession, in connection with the Bankruptcy Case;

RESOLVED, that the Company shall be, and is hereby authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, accountants and other professionals as it shall deem appropriate in its judgment;

RESOLVED, the Company, and its agents, representatives, and attorneys are authorized, empowered and directed to proceed as follows:

(a) To file all schedules, statements of financial affairs, monthly operating reports, pleadings, motions or other papers necessary or appropriate to the Bankruptcy Case;

(b) To cause the Company to obtain debtor-in-possession financing or incur other indebtedness, whether secured or unsecured, as they may deem appropriate or advisable in the Bankruptcy Case;

    (c)    To cause the Company to use, transfer or otherwise dispose of any part or all of its assets as they may deem appropriate or advisable in the Bankruptcy Case;

    (d)    To propose, file and confirm a plan of reorganization or plan of liquidation containing such terms and other provisions that they may deem appropriate or advisable in the Bankruptcy Case; and

    (e)    To perform all such other and further acts in connection with the Bankruptcy Case as may be in their good faith business judgment necessary or advisable.

RESOLVED, the transactions contemplated in these Resolutions and the execution and delivery of all other documents and all other actions taken in connection therewith are in the best interests of and will benefit the Company;

RESOLVED, the Company and the Managers shall be authorized and directed to take or cause to be taken any and all such further actions, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Managers shall deem appropriate in their judgment to fully carry out the intent and accomplish the purposes of these Resolutions.

These Resolutions are executed and effective this 5th day of February, 2023.

CHESTNUT RIDGE ASSOCIATES LLC

By: _____
David Carmel, Manager and Non-Member Manager

By: _____
Andrew Schreer, Manager and Managing Member

L:\JPROSTOK\Chestnut Ridge Associates, LLC #6374\Client Docs\Corporate Resolutions - revised.docx