| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Chestnut Ridge Associates, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | 23- |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Painted Tree Humble, LLC<br>Accounts Payable<br>15400 Chenal Parkway, Suite 200<br>Little Rock, AR 72211 | Price Gardner<br>501-370-1543<br>gardner@fridayfirm.com | Tenant Improvement Allowance*<br><br>*Subject to recoupment. | | | | $1,215,972.14 |
| 2 | Estate of Joseph DeSalvo<br>c/o C. Jacoby, Executor<br>73 Dillingham Rd.<br>Englewood Cliffs NJ 07632 | Carole Jacoby | Loan | | | | $500,000.00 |
| 3 | PeelCRE, LLC<br>360 Nueces St. #1906<br>Austin, TX 78701 | Jacob Goodman<br>214-552-2550<br>jacob@peelcre.com | Broker Commission | | | | $108,831.20 |
| 4 | Neutex Advanced Energy<br>14340 Torry Chase Blvd., Suite 410<br>Houston, TX 77014 | John Higgins<br>281-277-2208<br>jchiggins@neutexworld.com | New LED Parking Lot Lights | | | | $74,668.77 |
| 5 | NAI<br>1360 Post Oak Blvd., Suite 1900<br>Houston, TX 77056 | Shaffer Braun<br>713-275-9653 | Broker Commission | | | | $68,408.25 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor  **Chestnut Ridge Associates, LLC**     Case number (if known) 23-_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | AFC Realty, LLC<br>9434 Katy Freeway # 180<br>Houston, TX 77055 | Shawn Ackerman<br>713-386-1088<br>shawnackerman@henrysmiller.com | Broker Commission | | | | $52,689.32 |
| 7 | SRS Real Estate Partners<br>2950 North Loop West, Suite 1125<br>Houston, TX 77092 | Jonathan Hicks<br>281-661-3212<br>jonathan.hicks@srsre.com | Broker Commission | | | | $42,600.00 |
| 8 | Precise Technical Services<br>18616 Klein Church Rd.<br>Spring, TX 77379 | Amir Hemmat<br>281-376-8888<br>amirahemmat@yahoo.com | A/C Units for Mr. Gatti's | | | | $23,490.25 |
| 9 | Care ATC<br>4500 S 129th E Ave., Suite 191<br>Tulsa, OK 74134 | Jeff Mazzoni, CFO<br>918-779-7400 | Tenant Improvement*<br>*Subject to recoupment. | | | | $21,250.00 |
| 10 | City of Houston Drainage<br>PO Box 1560<br>Houston, TX 77251 | 713-371-1400 | Drainage Fees | | | | $12,648.40 |
| 11 | CARR<br>PO Box 5212<br>Denver, CO 80217 | Scott Hughes<br>616-460-8356<br>scott.hughes@carr.us | Broker Commission | | | | $7,280.00 |
| 12 | Assessment Advisors<br>2408 Timberloch Place, Suite B3<br>The Woodlands, TX 77380 | Mike Eckoff<br>281-602-8991<br>mike@assessmentadvisors.com | Tax Protest Fee | | | | $6,822.73 |
| 13 | Eagle Plumbing<br>2001 Bingle Rd.<br>Houston, TX 77055 | Raymond Gonzales<br>281-932-1252 | Plumbing services | | | | $4,692.64 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

| Debtor | **Chestnut Ridge Associates, LLC** | Case number (if known) **23-** |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Bentley Bratcher & Associates<br>515 W Greens Rd., Suite 710<br>Houston, TX 77066 | Claudia Castillo<br>281-875-8181<br>claudia@bentleyassoc.com | - | | | | $2,777.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name: **Chestnut Ridge Associates, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **23-**

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/5/23         X /s/ Andrew Schreer
MM / DD / YYYY              Signature of individual signing on behalf of debtor

**Andrew Schreer**
Printed name

**Managing Member**
Position or relationship to debtor