Electronic Appearance Sheet

Joshua Wolfshohl, Porter Hedges LLP
Client(s): Kingsgate Partner LLC

Dylan Ross, Forshey Prostok, LLP
Client(s): Debtor

Jeff Prostok, Forshey Prostok, LLP
Client(s): Debtor

Alicia Barcomb, Office of the U.S. Trustee
Client(s): U.S. Trustee

Heather  Schreer, SPI, LLC
Client(s): Property Manager

Deirdre Brown, Forshey Prostok LLP
Client(s): Debtor

Jeff Prostok, Forshey Prostok LLP
Client(s): Debtor

Heather Schreer, SPI LLC
Client(s): Property manager for debtor

Jayson Ruff, US DOJ
Client(s): US Trustee