## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

```
----------------------------------------------------------- x
                                                 :
In re                                            :          Chapter 11
                                                 :
Chestnut Ridge Associates LLC,                   :          Case No. 23-90069 (DRJ)
                                                 :
            Debtor.                              :
                                                 :
----------------------------------------------------------- x
```

## NOTICE OF APPEARANCE UNDER
## FED. R. BANKR. P. 9010(b), REQUEST FOR ALL COPIES
## PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR
## ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(A)

Kingsgate Partner LLC ("Kingsgate") requests that all notices given or required to be given, and all papers served or required to be served by U.S. Mail and by email in the above-captioned cases, be given to and served upon:

> John F. Higgins
> Joshua W. Wolfshohl
> **PORTER HEDGES LLP**
> 1000 Main Street, 36th Floor
> Houston, Texas 77002
> Telephone: (713) 226-6000
> Facsimile: (713) 228-1331
> Email: jhiggins@porterhedges.com
>             jwolfshohl@porterhedges.com

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of title 11 of the United States Code or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail,

13802395

hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of Kingsgate's substantive or procedural rights, including without limitation, Kingsgate's rights: (i) to have final orders in noncore matters entered only after *de novo* review by a United States district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in these cases or in any case, controversy, or proceeding related to these cases, (v) to have documents served in accordance with Bankruptcy Rule 7004 and Rule 4 of the Federal Rules of Civil Procedure, or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which Kingsgate is or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Signatures on Next Page*]

13802395

Respectfully submitted this 10th day of February 2023.

**PORTER HEDGES LLP**

*/s/ John F. Higgins*

John F. Higgins (TX 09597500)
Joshua W. Wolfshohl (TX 24038592)
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 228-1331
Email: jhiggins@porterhedges.com
         jwolfshohl@porterhedges.com

*Counsel to Kingsgate Partner LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2023, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

*/s/ John F. Higgins*

John F. Higgins