IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| CHESTNUT RIDGE ASSOCIATES LLC, | ) | Case No. 23-90069 (DRJ) |
| | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF FILING OF MASTER SERVICE LIST

**PLEASE TAKE NOTICE** that, pursuant to the Procedures for Complex Cases in the Southern District of Texas, attached as Exhibit A is the Master Service List.

Dated: February 13, 2023          Respectfully submitted,

                                                     */s/ Emily S. Chou*
Jeff P. Prostok
State Bar No. 16352500
Deirdre Carey Brown
State Bar No. 24049116
Emily S. Chou
State Bar No. 24006997
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1290
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
jprostok@fosheyprostok.com
dbrown@fosheyprostok.com
echou@fosheyprostok.com
dross@fosheyprostok.com

PROPOSED ATTORNEYS FOR THE
DEBTOR AND DEBTOR-IN-POSSESSION