IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CHESTNUT RIDGE ASSOCIATES LLC, | § | Case No. 23-90069 |
| | § | |
| Debtor. | § | |

**NOTICE OF APPOINTMENT OF OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS</u>**

TO THE HONORABLE DAVID R. JONES,
UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW the United States Trustee, pursuant to § 1102(a) and 1102(b)(1) of the Bankruptcy Code, and hereby appoints the following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | |
|---|---|
| 1. | Estate of Joseph DeSalvo<br>21 Main St., Suite 151<br>Hackensack, NJ 07601 |
| 2. | Neutex Advanced Energy Group<br>14340 Torrey Chase, Suite 410<br>Houston, TX 77014 |
| 3. | SRS Real Estate Partners – Houston, LLC<br>2950 North Loop W, Suite 1125<br>Houston, TX 77092 |

Dated: March 21, 2023

    KEVIN M. EPSTEIN
    UNITED STATES TRUSTEE

    By: */s/ Alicia L. Barcomb*
    Alicia L. Barcomb
    Trial Attorney
    Texas Bar No. 24106276
    Office of the United States Trustee
    515 Rusk Avenue, Suite 3516
    Houston, TX 77002
    (713) 718-4661
    (713) 718-4670 Fax

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants and by email to the following individuals on March 21, 2023.

                                                    */s/ Alicia L. Barcomb*
                                                    Alicia L. Barcomb
                                                    Trial Attorney

Nicholas R. Doria (ndoria@dorialegal.com)

Mark E. Sam (msamcpa@neutexworld.com)

Jonathan Hicks (jhicks@edge-re.com)