IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| CHESTNUT RIDGE ASSOCIATES LLC, | ) | Case No. 23-90069 (DRJ) |
| | ) | |
| | ) | |
| Debtor. | ) | |

### NOTICE OF HEARING SCHEDULED FOR
### MAY 22, 2023 AT 9:30 A.M. (CENTRAL TIME)

**PLEASE TAKE NOTICE** that on May 10, 2023, the Debtor filed the *Debtor's Emergency Motion for Order (a) Conditionally Approving Disclosure Statement; (b) Scheduling Combined Hearing on Final Approval of Disclosure Statement and Confirmation of Plan and Setting Related Deadlines; (c) Approving Forms for Voting and Notice; and (d) Granting Related Relief* [Dkt. No. 90] (the "Emergency Motion")[1].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Emergency Motion will be conducted before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") on **May 22, 2023 at 9:30 a.m. (Central Time)** (the "Hearing"), Courtroom 400, 4th Floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility by dialing 832-917-1510 and entering the conference code 205691. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's home page (https://www.gotomeet.me/JudgeJones) on the Southern District of Texas

---

[1] On May 8, 2023, the Debtor filed the *Disclosure Statement for Chapter 11 Plan of Reorganization for Chestnut Ridge Associates LLC* [Dkt. No. 88].

website. The meeting code is "JudgeJones". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

Dated: May 16, 2023

Respectfully submitted,

/s/ Jeff P. Prostok
Jeff P. Prostok
State Bar No. 16352500
Deirdre Carey Brown
State Bar No. 24049116
Emily S. Chou
State Bar No. 24006997
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1290
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
jprostok@fosheyprostok.com
dbrown@forsheyprostok.com
echou@forsheyprostok.com
dross@forsheyprostok.com

ATTORNEYS FOR THE
DEBTOR AND DEBTOR-IN-POSSESSION

## CERTIFICATE OF SERVICE

I certify that on May 16, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and by United States Mail, first class postage prepaid to the addresses reflected on the attached Service Lists.

/s/ Jeff P. Prostok
Jeff P. Prostok

L:\JPROSTOK\Chestnut Ridge Associates, LLC #6374\Pleadings\NOH DS 5.22.23.docx