IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CHESTNUT RIDGE ASSOCIATES, LLC, | § | Case No. 23-90069 |
| | § | |
| Debtor | § | |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF GRANT THORNTON LLP AS FINANCIAL ADVISORS FOR THE DEBTOR AS OF MARCH 27, 2023**

1. On April 26, 2023, Chestnut Ridge Associates, LLC (the "Debtor") filed the *Debtor's Application for Order Authorizing the Employment and Retention of Grant Thornton LLP as Financial Advisors for the Debtor as of March 27, 2023* [Docket No. 80] (the "Application") Objections to the Application were required to be filed and served on or prior to May 17, 2023 (the "Objection Deadline").

2. Following the filing of the Application, the Debtor received certain informal comments from the U.S. Trustee. The U.S. Trustee has approved the proposed order at [Docket No. 89] after the inclusion of its requested comments and edits.

3. The undersigned counsel files this Certificate of No Objection and represents to the Court that (i) the Objection Deadline has passed, (ii) the undersigned counsel is unaware of any objection to the Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

4. Therefore, the Debtor respectfully requests entry of the Order attached hereto as **Exhibit 1**.

1

Dated: May 18, 2023

Respectfully submitted,

/s/ Jeff P. Prostok
Jeff P. Prostok
State Bar No. 16352500
Deirdre Carey Brown
State Bar No. 24049116
Emily S. Chou
State Bar No. 24006997
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1290
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
jprostok@fosheyprostok.com
dbrown@forsheyprostokd.com
echou@forsheyprostok.com
dross@forsheyprostok.com

ATTORNEYS FOR THE DEBTOR
AND DEBTOR-IN-POSSESSION