Electronic Appearance Sheet

Alex Moheb, Moheb Law PLLC
Client(s): Precise Technical Services ( Creditor)

walter bosco, none
Client(s): none

David Hargis, In-house counsel Partners Real Estate Company
Client(s): PCR Brokerage Houston, LLC d/b/a Partners

Jeff Prostok, Forshey Prostok LLP
Client(s): Chestnut Ridge Associates LLC

Emily  Chou, Forshey Prostok LLP
Client(s): Chestnut Ridge Associates LLC

Dylan Ross, Forshey Prostok LLP
Client(s): Chestnut Ridge Associates LLC

Alicia Barcomb, U.S. Trustee
Client(s): U.S. Trustee