IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CHESTNUT RIDGE ASSOCIATES LLC, | § § | Case No. 23-90069 (DRJ) |
| Debtor. | § | |

**DISCLOSURE OF WITNESSES PROVIDING**
**EXPERT TESTIMONY AT COMBINED HEARING**

Kingsgate Partner, LLC ("Kingsgate"), pursuant to the *Order (A) Conditionally Approving Disclosure Statement; (B) Scheduling Combined Hearing on Final Approval of Disclosure Statement and Confirmation of Plan, and Setting Related Deadlines; (C) Approving Forms for Voting and Notice; and (D) Granting Related Relief* [Docket No. 104], makes the following disclosure of witnesses providing expert testimony (the "Expert Disclosure") at the combined hearing (the "Combined Hearing")[1] to consider final approval of Chestnut Ridge Associates LLC's (the "Debtor") *Amended Disclosure Statement for Chapter 11 Plan of Reorganization for Chestnut Ridge Associates LLC* [Docket No. 100] and confirmation of the Debtor's *Amended Chapter 11 Plan of Reorganization for Chestnut Ridge Associates LLC* [Docket No. 99] (the "Plan"):

1. Curtis Podlewski, MAI
   TX Certified General Appraiser
   BBG, Inc.
   4615 Southwest Freeway Suite 400
   Houston, Texas 77027

2. Tip P. Strickland
   Multifamily Capital Markets, Vice Chairman
   Newmark
   1700 Post Oak Boulevard
   Houston, Texas 77056

---

[1] The Combined Hearing is set for August 1, 2023 at 10:00 a.m. (prevailing Central Time).

1

Mr. Podlewski's testimony is expected to cover the appraised value of the real property of approximately 14.87 acres located at 1113-1387 Kingwood Drive, Humble, Texas, known as The Shoppes at Kingsgate.

Mr. Strickland's testimony is expected to cover interest rate and loan risk related to the Kingsgate Secured Note.[2]

Kingsgate reserves the right to supplement this Expert Disclosure at any time prior to the Combined Hearing.

Dated: June 19, 2023

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
John F. Higgins (TX Bar No. 09597500)
Joshua W. Wolfshohl (TX Bar No. 24038592)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main Street, 36th Floor
Houston, Texas 77002-2764
Telephone: (713) 226-6000
Facsimile: (713) 226-6255
jhiggins@porterhedges.com
jwolfshohl@porterhedges.com
brochelle@porterhedges.com

*Counsel for Kingsgate Partner, LLC*

---

[2] The "Kingsgate Secured Note" is defined in section 1.42 of the Plan.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic transmission to all registered ECF users appearing in the case on June 19, 2023.

*/s/ John F. Higgins*
John F. Higgins