**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | **CASE NO. 23-90069** |
| § | | |
| **CHESTNUT RIDGE ASSOCIATES LLC** § | | **CHAPTER 11** |
|    **DEBTOR** § | | |
| § | | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    PLEASE TAKE NOTICE that Forbes Henderson files this Notice of Appearance and Request for Notices and Papers pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this bankruptcy case be given and served on Forbes Henderson by serving:

        Russell Van Beustring
        5110 Waterbeck St.
        Weston Lakes, Texas 77441
        (713) 973-6650 Voice
        Email: ecf@beustring.com

    Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

        Respectfully submitted,

        RUSSELL VAN BEUSTRING, P.C.

/S/ *Russell Van Beustring*
RUSSELL VAN BEUSTRING
5110 Waterbeck St.
Weston Lakes, Texas 77441
(713) 973-6650 Voice
Admissions I.D. No. 14017
Texas Bar No. 02275115
Email: ecf@beustring.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served *via ECF* on all parties requesting electronic notification in this case on this 26th day of July 2023.

/S/ *Russell Van Beustring*
Russell Van Beustring