Case 23-90069   Document 189   Filed in TXSB on 10/19/23   Page 1 of 1

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHESTNUT RIDGE ASSOCIATES LLC, | ) | Case no. 23-90069 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER ALLOWING FIRST AND FINAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES**
**(Docket No. _____)**

> The fact that a sale may close does not come close to an emergency that would justify consideration outside of the ordinary course. The application will be considered in the ordinary course.

Signed: October 19, 2023

Marvin Isgur
United States Bankruptcy Judge

_____
David R. Jones
United States Bankruptcy Judge