United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Chestnut Ridge Associate LLC | § | Case No. 23-90069 (DRJ) |
| | § | |
| Debtor | § | |

### ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF GRANT THORNTON AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE FEE PERIOD FROM MARCH 27, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023

Upon consideration of the *First and Final Fee Application of Grant Thornton, LLP as Financial* ... *30,* [D... having ... that th...

> The fact that a sale may close does not come close to an emergency that would justify consideration outside of the ordinary course. The application will be considered in the ordinary course.

Signed: October 19, 2023

_____
Marvin Isgur
United States Bankruptcy Judge

allowed ... fees and expenses allowed pursuant to this Order in the amount of $106,892.00.

3. This Court retains jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

4. This Order shall be effective immediately upon entry.

SIGNED this _____ day of _____, 2023.

_____
David R. Jones
United States Bankruptcy Judge