United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CHESTNUT RIDGE ASSOCIATES LLC, | Case no. 23-90069 (DRJ) |
| Debtor. | |

### ORDER ALLOWING FIRST AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES
**(Docket No. 183)**

The Court has considered the First and Final Application for Compensation and Reimbursement of Expenses filed by Forshey & Prostok, LLP (the "Applicant"). The Court orders:

1. The Applicant is allowed final compensation and reimbursement of expenses in the amount of $671,699.96 for the period set forth in the application.

2. F&P is hereby authorized to apply the remainder of the Retainer, $5,619.80, to the allowed fees and allowed expenses

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: November 01, 2023

_____
Marvin Isgur
United States Bankruptcy Judge