United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 01, 2023

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **Chestnut Ridge Associate LLC** | § | **Case No. 23-90069 (DRJ)** |
| | § | |
| **Debtor** | § | |
| | § | |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF GRANT THORNTON AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE FEE PERIOD FROM MARCH 27, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

Leave is granted to file a proposed form of order utilizing the form published on the Court's website.

*Fi*

*30*

ha

tha  Signed: November 01, 2023

all

Marvin Isgur
United States Bankruptcy Judge

fees and expenses allowed pursuant to this Order in the amount of $106,892.00.

3.    This Court retains jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

4.    This Order shall be effective immediately upon entry.

SIGNED this _____ day of _____, 2023.

_____
David R. Jones
United States Bankruptcy Judge