IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CHESTNUT RIDGE ASSOCIATES LLC, | § | Case No. 23-90069 (MI) |
| | § | |
| Debtor. | § | |
| | § | |

**FINAL ORDER ALLOWING COMPENSATION
AND REIMBURSEMENT OF EXPENSES**
**(Docket No. 185)**

The Court has considered the First and Final Application for Compensation and Reimbursement of Expenses filed by Grant Thornton, LLP (the "Applicant"). The Court orders:

1. The Applicant is allowed final compensation and reimbursement of expenses in the amount of  $106,892.00  for the period set forth in the application.

2. The Debtor is authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

SIGNED this ____ day of _____, 2023.

_____
Marvin Isgur
United States Bankruptcy Judge